AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; RICK′S MUSIC, INC., LITMUS MUSIC ASSET HOLDINGS LLC d/b/a SONGS OF LITMUS MUSIC PUBLISHING HOLDINGS BMI; HARRICK MUSIC, INC.; PANCHIN PUBLISHING, a division of _____ *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) |
| CAFÉ LA TROVA LLC d/b/a CAFÉ LA TROVA and JULIO CABRERA, DAVID MARTINEZ AND ORESTES PAJON DOMINGUEZ, each individually, _____ *Defendant(s)* | ) ) ) ) ) ) ) |

Civil Action No.

25-CV-25250

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAFE LA TROVA LLC D/B/A CAFE LA TROVA
c/o JULIO CABRERA, REGISTERED AGENT
16005 KINGSMOOR WAY
MIAMI LAKES, FL 33014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary D. Messa, Esquire
Johnson Pope Bokor Ruppel & Burns, LLP
311 Park Place Blvd., Suite 300
Clearwater, FL 33759
Tel: 727-461-8181 / Fax: 727-462-0365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Date: _____ 11/12/2025 _____

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▢

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; RICK′S MUSIC, INC., LITMUS MUSIC ASSET HOLDINGS LLC d/b/a SONGS OF LITMUS MUSIC PUBLISHING HOLDINGS BMI; HARRICK MUSIC, INC.; PANCHIN PUBLISHING, a division of | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CAFÉ LA TROVA LLC d/b/a CAFÉ LA TROVA and JULIO CABRERA, DAVID MARTINEZ AND ORESTES PAJON DOMINGUEZ, each individually, | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

25-CV-25250

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DAVID MARTINEZ
970 NE 74TH STREET
MIAMI, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary D. Messa, Esquire
Johnson Pope Bokor Ruppel & Burns, LLP
311 Park Place Blvd., Suite 300
Clearwater, FL 33759
Tel: 727-461-8181 / Fax: 727-462-0365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____11/12/2025_____

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; RICK′S MUSIC, INC., LITMUS MUSIC ASSET HOLDINGS LLC d/b/a SONGS OF LITMUS MUSIC PUBLISHING HOLDINGS BMI; HARRICK MUSIC, INC.; PANCHIN PUBLISHING, a division of | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CAFÉ LA TROVA LLC d/b/a CAFÉ LA TROVA and JULIO CABRERA, DAVID MARTINEZ AND ORESTES PAJON DOMINGUEZ, each individually, | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.

25-CV-25250

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JULIO CABRERA
16005 KINGSMOOR WAY
MIAMI LAKES, FL 33014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Zachary D. Messa, Esquire
> Johnson Pope Bokor Ruppel & Burns, LLP
> 311 Park Place Blvd., Suite 300
> Clearwater, FL 33759
> Tel: 727-461-8181 / Fax: 727-462-0365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____11/12/2025_____

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; RICK′S MUSIC, INC., LITMUS MUSIC ASSET HOLDINGS LLC d/b/a SONGS OF LITMUS MUSIC PUBLISHING HOLDINGS BMI; HARRICK MUSIC, INC.; PANCHIN PUBLISHING, a division of  *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) |
| CAFÉ LA TROVA LLC d/b/a CAFÉ LA TROVA and JULIO CABRERA, DAVID MARTINEZ AND ORESTES PAJON DOMINGUEZ, each individually,  *Defendant(s)* | ) ) ) ) ) ) |

Civil Action No.

25-CV-25250

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ORESTES PAJON DOMINGUEZ
4051 SW 154 COURT
MIAMI, FL 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary D. Messa, Esquire
Johnson Pope Bokor Ruppel & Burns, LLP
311 Park Place Blvd., Suite 300
Clearwater, FL 33759
Tel: 727-461-8181 / Fax: 727-462-0365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   11/12/2025

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts